855

No. 324. PATTON *v.* MISSISSIPPI.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. *Franklin H. Williams* for appellant-petitioner. *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee-respondent.

No. 326. GRAY ET AL. *v.* WEST VIRGINIA.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Brooks B. Callaghan, Clarence E. Martin, Jr.* and *Clarence E. Martin* for appellants. *Ira J. Partlow,* Attorney General of West Virginia, and *William C. Marland,* Assistant Attorney General, for appellee.

No. 338. ACME FAST FREIGHT, INC. ET AL. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *David Axelrod, James L. Givan* and *Homer S. Carpenter* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for appellees.

*Miscellaneous Orders.*

No. 3. UNITED STATES EX REL. EICHENLAUB *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION; and

No. 82. UNITED STATES EX REL. WILLUMEIT *v.* WATKINS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZA-